THOMAS McCABE, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued October 12, 1948; decided October 22, 1948.

*Clyde Brown, Jr.,* and *Frederick L. Wheeler* for appellant.
*Thomas Jefferson Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.